No. 94–9366. OKORONKWO *v.* UNITED STATES; and

No. 94–9465. EKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9367. STURGIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9370. RODENBAUGH *v.* CURTO ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9373. BATTLE *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9374. CROWELL *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 94–9375. PHILLIPS *v.* LAW OFFICES OF KELLY, LEWIS & HARDT ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–9376. MENDIZAVAL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–9378. JOHNS *v.* TOWN OF LOS GATOS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9379. KISH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–9381. CLARK *v.* JONES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9383. WILLIAMS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–9386. LEWIS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9390. WILSON *v.* COOPER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–9391. SANCHEZ *v.* SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9393. MORRIS *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.